Adam C. McCall (SBN 302130)
**LEVI & KORSINSKY LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Plaintiffs Graham and Klein*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA GRAHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TIVO, INC., PETER AQUINO, JEFFREY T. HINSON, DANIEL MOLONEY, THOMAS S. ROGERS, and WINIFRED MARKUS WEBB,<br><br>Defendants. | Case No. 5:16-cv-04367-LHK<br><br>Honorable Lucy H. Koh<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| MELVYN KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>TIVO INC., PETER AQUINO, WILLIAM CELLA, JEFFREY T. HINSON, DAN MOLONEY, TOM ROGERS, WENDY WEBB, DAVID YOFFIE, ROVI CORPORATION, TITAN TECHNOLOGIES CORPORATION, NOVA ACQUISITION SUB, INC., and TITAN ACQUISITION SUB, INC.,<br><br>Defendants. | Case No. 5:16-cv-04503-PJH<br><br>Honorable Phyllis J. Hamilton<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

WHEREAS, Plaintiff Rebecca Graham ("Plaintiff Graham") filed the above-captioned action (the "Graham Action") challenging the public disclosures made in connection with the proposed merger between TiVo Inc. ("TiVo" or the "Company") and Rovi Corporation ("Rovi") on August 3, 2016;

WHEREAS, Plaintiff Melvyn Klein ("Plaintiff Klein") filed the above-captioned action ("Klein Action") challenging the public disclosures made in connection with the proposed merger between TiVo and Rovi on August 10, 2016;

WHEREAS, the Graham Action and the Klein Action (collectively, the "Actions") both assert claims for violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 based on the disclosures made by TiVo and Rovi in the joint Proxy Statement (the "Proxy") filed on Form S-4 with the United States Securities and Exchange Commission ("SEC") on June 6, 2016, as amended on July 8 and July 25, 2016;

WHEREAS, the parties, by and among their respective counsel, agree that the above-captioned actions share common questions of fact and issues of law against the same or substantially the same defendants and agree that the two related actions should be consolidated for all purposes;

WHEREAS, on August 11, 2016, TiVo filed a Form 8-K with the SEC that included supplemental disclosures to the Proxy (the "Supplemental Disclosures") that addressed and mooted Plaintiffs' claims;

WHEREAS, it is the current intention of counsel for Plaintiffs to submit a joint application for an award of attorneys' fees and reimbursement of expenses (the "Fee and Expense Application") in connection with the mooted claims;

WHEREAS, all of the Defendants in the Actions reserve all rights, arguments, and defenses, including the right to oppose any potential Fee and Expense Application;

WHEREAS, no class has been certified in the Actions;

WHEREAS, for the avoidance of doubt, no compensation in any form has passed directly or indirectly to Plaintiffs or their attorneys and no promise, understanding, or agreement to give any such compensation has been made, nor have the parties had any discussions concerning the amount of any Fee and Expense Application or other award;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claims asserted in the Actions were meritorious;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2016 that:

1. The Actions are dismissed in their entirety, and all claims asserted therein are dismissed with prejudice as to Plaintiff Graham and Plaintiff Klein.

2. Because the dismissal is with prejudice as to Plaintiffs only, and no class has been certified, notice of this dismissal is not required.

3. The Court retains jurisdiction of the Actions solely for the purpose of determining Plaintiffs' forthcoming Fee and Expense Application, if that becomes necessary. To that end, the Actions will be consolidated into *Graham v. TiVo, Inc.*, Case No. 5:16-cv-04367-LHK (the "Consolidated Case"), and any Fee and Expense Application will be made in the Consolidated Case.

4. This Order is entered without prejudice to any right, position, claim, or defense any party may assert with respect to the Fee and Expense Application.

5. To the extent that the parties are unable to reach an agreement concerning the Fee and Expense Application, the parties may contact the Court regarding a schedule and hearing to present such application to the Court.

6. If the parties reach an agreement concerning the Fee and Expense Application, they will notify the Court. Upon such notification, the Court will close the Consolidated Case.

Dated: August 23, 2016　　　　　　　　　　　　　　**LEVI & KORSINSKY LLP**

By: *s/ Adam C. McCall*
　　Adam C. McCall (SBN 302130)
　　445 South Figueroa Street, 31st Floor
　　Los Angeles, CA 90071
　　Tel.: (213) 985-7290
　　Email: amccall@zlk.com

　　*Attorneys for Plaintiff Graham*

Dated: August 23, 2016　　　　　　　　　　　　　　**LEVI & KORSINSKY LLP**

By: *s/ Adam C. McCall*

**OF COUNSEL:**　　　　　　　　　　　Adam C. McCall (SBN 302130)
　　　　　　　　　　　　　　　　　　　445 South Figueroa Street, 31st Floor
**RIGRODSKY & LONG, P.A.**　　　　　Los Angeles, CA 90071
Brian D. Long　　　　　　　　　　　　Tel.: (213) 985-7290
Gina M. Serra　　　　　　　　　　　　Email: amccall@zlk.com
2 Righter Parkway, Suite 120
Wilmington, DE 19803　　　　　　　　*Attorneys for Plaintiff Klein*
Tel.: (302) 295-5310

Dated: August 23, 2016

                        **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:   *s/ Amy S. Park*
       Amy S. Park (SBN 208204)
       Richard S. Horvath (SBN 254681)
       525 University Ave., Suite 1400
       Palo Alto, CA 94301
       Tel.: (650) 470-4500
       Email: amy.park@skadden.com
              richard.horvath@skadden.com

*Attorneys for Defendants*

### SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: s/Adam C. McCall
     Adam C. McCall

IT IS SO ORDERED this _____ day of _____, 2016.

                                                                      _____