Adam C. McCall (SBN 302130)
**LEVI & KORSINSKY LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel.: (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Plaintiffs Graham and Klein*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| REBECCA GRAHAM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TIVO, INC., PETER AQUINO, JEFFREY T. HINSON, DANIEL MOLONEY, THOMAS S. ROGERS, and WINIFRED MARKUS WEBB,<br><br>Defendants. | Case No. 5:16-cv-04367-LHK |

**STIPULATION AND [PROPOSED] ORDER CLOSING CASE FOR ALL PURPOSES**

WHEREAS, Plaintiffs Rebecca Graham ("Graham") and Melvyn Klein ("Klein") filed their respective actions (the "Actions") challenging the public disclosures made in connection with the proposed acquisition of TiVo, Inc. ("TiVo") by Rovi Corporation ("Rovi") pursuant to a definitive agreement and plan of merger filed with the United States Securities and Exchange Commission ("SEC") on or around April 28, 2016 (the "Transaction");

WHEREAS, the Actions asserted claims for violations of sections 14(a) and 20(a) of the Securities Exchange Act of 1934 by Defendants alleged to have been made in the joint Proxy

Statement (the "Proxy") initially filed with the SEC on or around June 6, 2016, and amended three times on July 8, July 25, and August 2, 2016;

WHEREAS, no class has been certified in the Actions, each of which contained two counts, and were brought individually by Plaintiffs Graham and Klein against the Defendants;

WHEREAS, on or around August 11, 2016, TiVo filed a Form 8-K with the SEC that Plaintiffs believe addressed and mooted their claims regarding the sufficiency of the disclosures in the Proxy (the "Mooting Disclosures");

WHEREAS, on August 24, 2016, the Court entered an Order (the "Dismissal Order") that, among other things, consolidated the Actions into the above-captioned action (the "Consolidated Case"), dismissed with prejudice all of Plaintiffs' claims while reserving jurisdiction for Plaintiffs to submit, and the Court to consider, an application for an award of attorneys' fees and reimbursement of expenses (the "Proposed Fee and Expense Application") in connection with the mooted claims;

WHEREAS, subsequent to the entry of the Dismissal Order, the parties negotiated at arms'-length to resolve the Proposed Fee and Expense Application;

WHEREAS, on or around November 2, 2016, the parties reached agreement with respect to the Proposed Fee and Expense Application, without the need of further litigation, upon which the agreed-upon fees and expenses shall be paid within fourteen (14) days of entry of this [Proposed] Order Closing the Action provided that Plaintiffs have furnished payment instructions and a W-9 to Defendants;

NOW, THEREFORE, upon consent of the parties and subject to the approval of the Court:

IT IS HEREBY ORDERED this _____ day of _____, 2016 that:

1.      The Consolidated Case is closed for all purposes.

IT IS SO ORDERED this _____ day of November, 2016.

                                                _____
Lucy H. Koh
UNITED STATES DISTRICT JUDGE

Dated: November 4, 2016        **LEVI & KORSINSKY LLP**

By:  *s/ Adam C. McCall*
Adam C. McCall (SBN 302130)

**OF COUNSEL:**
445 South Figueroa Street, 31st Floor

**RIGRODSKY & LONG, P.A.**
Los Angeles, CA 90071
Brian D. Long
Tel.: (213) 985-7290
Gina M. Serra
Email: amccall@zlk.com
2 Righter Parkway, Suite 120
Wilmington, DE 19803
*Attorneys for Plaintiffs*
Tel.: (302) 295-5310

Dated: November 4, 2016        **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By:  *s/ Amy S. Park*
Amy S. Park (SBN 208204)
Richard S. Horvath (SBN 254681)
525 University Ave., Suite 1400
Palo Alto, CA 94301
Tel.: (650) 470-4500
Email: amy.park@skadden.com
       richard.horvath@skadden.com

*Attorneys for Defendants*

**SIGNATURE ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: s/Adam C. McCall
Adam C. McCall