UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REBECCA GRAHAM, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>TIVO, INC., et al.,<br><br>  Defendants. | Case No. 16-CV-04367-LHK<br><br>**ORDER GRANTING STIPULATION TO CLOSE CASE FOR ALL PURPOSES**<br><br>Re: Dkt. No. 9 |

After the Court granted the parties' stipulated motion to dismiss, the Clerk closed the file for the instant case on August 24, 2016. Nevertheless, based on the parties' request, the Court grants the stipulation closing the instant case for all purposes.

**IT IS SO ORDERED.**


Dated: November 7, 2016

                                                              *Lucy H. Koh*
                                                              _____
                                                              LUCY H. KOH
                                                              United States District Judge

1
Case No. 16-CV-04367-LHK
ORDER GRANTING STIPULATION TO CLOSE CASE FOR ALL PURPOSES